

**DEPARTMENT OF THE NAVY**
OFFICE OF THE JUDGE ADVOCATE GENERAL
TORT CLAIMS UNIT NORFOLK
9620 MARYLAND AVENUE SUITE 205
NORFOLK VA 23511-2949

5890
Ser CLS23-004615
February 10, 2023

**VIA ELECTRONIC MAIL**

PATRICK LANCIOTTI
NAPOLI SHKOLNIK PLLC
11TH FLOOR
NEW YORK  NEW YORK 10017
PLANCIOTTI@NAPOLILAW.COM

Dear Patrick Lanciotti:

SUBJECT:   CLJA CLAIM SUBMISSION DATED AUGUST 26, 2022
                     CLJA CLAIMANT:   BENJAMIN URQUHART
                     DON CLAIM NO.:    CLS23-004615
                     FIRM FILE NO.:

      This letter is in regards to the Personal Injury submission alleging damages caused by exposure to contaminated water at Marine Corps Base Camp Lejeune.  The claim was received in this office on August 26, 2022.

The submission has been reviewed and has been determined that it **does** constitute a properly presented claim. At the time of this letter, additional information is not immediately required, however, in accordance with 28 C.F.R. § 14.4 and 32 C.F.R. § 750.27 claimants are required to comply with any future requests for information.

      Please take note, if a submission purports to file multiple claims on a single claim form in violation of 32 CFR § 750.6, the additional claim(s) are **not** deemed to be properly presented. For example, if a properly presented claim for personal injuries due to first-hand exposure includes additional facts, circumstances, or allegations that may indicate more than one actionable claim; such as the wrongful death of a spouse, loss of consortium, or damages listed on behalf of a party who is not the named claimant, the additional potential claims will not be considered to be submitted and the two-year statute of limitations will continue to run on the other potentially actionable claims.

      Please take further note, if a claim for personal injuries listing either miscarriage or stillbirth is filed, the fetus will be presumed to be non-viable under the laws of North Carolina and the personal injury claim will be deemed to be properly presented. If during the course of the DONs investigation, it is determined that the fetus was viable at the time of death, the claim may be denied.

If you require further assistance, please contact the TCU office by phone at (757) 341-4583 or email at CLclaims@us.navy.mil.

Sincerely,

*J. F. Langley*

JENNIFER TENNILE LANGLEY
Department of the Navy
Tort Claims Attorney